```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 44342
   MARLENE HITCHCOCK
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-4298

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/02/2004 and was confirmed 01/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
KENNETH ANDREW SWIATEK   NOTICE ONLY    NOT FILED              .00            .00
AXXA INC                 SECURED        14776.41          1975.61       14776.41
LEGAL HELPERS PC         DEBTOR ATTY     2,200.00                        2,200.00
TOM VAUGHN               TRUSTEE                                         1,166.29
DEBTOR REFUND            REFUND                                             25.82

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             20,144.13

PRIORITY                                         .00
SECURED                                    14,776.41
   INTEREST                                 1,975.61
UNSECURED                                        .00
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                        1,166.29
DEBTOR REFUND                                  25.82
                    --------------        --------------
TOTALS              20,144.13              20,144.13
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08               /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE